UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01356-SPG-DTB | Date | July 21, 2026 |
| Title | Derek Broussard v. Costco Wholesale Corporation et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS**

In the parties' Rule 26(f) report, the parties indicated that they consent to proceed before a magistrate judge. *See* (ECF No. 10 at 6). However, to proceed before a magistrate judge, the parties must file a completed copy of Form CV-011D. Therefore, on June 12, 2026, the Court ordered the parties to meet and confer on their agreement to proceed before a magistrate judge and, if the parties agree to proceed before a magistrate judge, file a completed copy of Form CV-011D.

To date, the parties have not filed a response to the Court's order. Therefore, the parties are ordered to show cause in writing, by no later than July 29, 2026, why the Court should not impose sanctions, including dismissal of this action for failure to prosecute or striking Defendant's answer to the complaint. The parties may discharge this order to show cause by either filing a completed copy of Form CV-011D or by filing a joint status report indicating that one or both parties do not consent to proceed before a magistrate judge.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer pg